998

No. 1359, Misc.   FUKUMOTO v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1361, Misc.   BROWN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 1363, Misc.   MOODYES v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1372, Misc.   STILTNER v. RHAY, PENITENTIARY SUPERINTENDENT, ET AL.   Sup. Ct. Wash.   Certiorari denied.

No. 1373, Misc.   GRANT v. CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 1376, Misc.   SULLIVAN v. VIRGINIA.   Sup. Ct. App. Va.   Certiorari denied.

No. 1378, Misc.   PERRY v. DECKER, SHERIFF.   C. A. 5th Cir.   Certiorari denied.

No. 1384, Misc.   ROSSE v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1387, Misc.   SNIPE v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.